# United States Court of Appeals
## For the First Circuit

---

No. 00-2028

UNITED STATES,

Plaintiff, Appellant,

v.

MASSACHUSETTS WATER RESOURCES AUTHORITY;
METROPOLITAN DISTRICT COMMISSION,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---

ERRATA SHEET

The opinion of this Court issued on July 16, 2001, is amended as follows:

Page 2, first and second lines: Reverse the order of the words "Water" and "Drinking."